UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORKUS ENTERPRISES, INC.<br><br>   Plaintiff,<br><br>  v.<br><br>GETTY OIL COMPANY, INC., et al. | Civ. No.: 05 cv 10207(VM)<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

 **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel in this case for Defendants Getty Oil Company, Inc., Texaco, Inc., and Texaco Refining and Marketing Company, Inc.

 The undersigned certifies that he is admitted to practice before this Court.

Dated: Newark, New Jersey
   April 21, 2006

              LATHAM & WATKINS LLP

            By: _____/S_____
              Anthony J. Staltari   (AS 7970)
              One Newark Center, 16th Floor
              Newark, NJ  07101
              Phone: (973) 639-1234
              Fax: (973) 639-7298

              *Attorneys for Defendants,*
              Getty Oil Company, Inc.,
              Texaco, Inc., and
              Texaco Refining and Marketing
              Company, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORKUS ENTERPRISES, INC.

       Plaintiff,

  v.

GETTY OIL COMPANY, INC., et al.

Civ. No.: 05 cv 10207(VM)

## CERTIFICATE OF SERVICE

I, Anthony J. Staltari, hereby certify under the penalty of perjury that on April 21, 2006 a true and correct copy of the attached **NOTICE OF APPEARANCE** was served upon the following:

James M. McGovern
LOMURRO, DAVISON, EASTMAN & MUNOZ, PA
Attorneys for Plaintiff Norkus Enterprises, Inc.
Paragon Corporate Park
100 Willowbrook Road
Building 1
Freehold, New Jersey 07728
(732) 462-7170

By depositing a true copy of the same in a properly addressed, postpaid wrapper in a regularly maintained official depository of the United States Post Office and to be electronically filed with the Court.

Dated: Newark, New Jersey
      April 21, 2006

                                                            /S
                                         Anthony J. Staltari (AS 7970)
                                         Latham & Watkins, LLP
                                         One Newark Center, 16th Floor
                                         Newark, NJ  07101
                                         Phone: (973) 639-1234
                                         Fax: (973) 639-7298

                                         *Attorneys for Defendants,*
                                         Getty Oil Company, Inc.,
                                         Texaco, Inc., and
                                         Texaco Refining and Marketing
                                         Company, Inc.