USDC SDNY
DOCUMENT
ELECTRONI...
DOC #
DATE FILED: 5-3-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORKUS ENTERPRISES, INC.

        Plaintiff,

v.

GETTY OIL COMPANY, INC., et al.

Civ. No.: 05 cv 10207(VM)

**ORDER ADMITTING COUNSEL**
***PRO HAC VICE***

      This matter having been brought before the Court by motion to admit Heather Foran *pro hac vice* to appear and participate as counsel for Defendants, Getty Oil Company, Inc., Texaco, Inc., and Texaco Refining and Marketing Company, Inc. in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the United States District Court for the District of New Jersey in which he is admitted to practice law, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

      ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Heather Foran of the District of New Jersey bar is admitted *pro hac vice* to practice before this Court as counsel for Defendants, Getty Oil Company, Inc., Texaco, Inc., and Texaco Refining and Marketing Company, Inc.

Dated: _____, 2006

                                                                  United States District Judge