MARRERO, S.

07/17/2006 09:49 FAX 732 409 0292   LOMURRO DAVISON   USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-27-06

@002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x
NORKUS ENTERPRISES, INC.,

          Plaintiff,

-v.-

GETTY OIL COMPANY, INC., TEXACO, INC.,
TEXACO REFINING AND MARKETING
COMPANY, INC., AND CHEVRON TEXACO
CORPORATION, ET AL.
          Defendants.
----------------------------------------------x

Civ. No.: 05-cv-10207

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED between the parties by the undersigned counsel that in order to allow additional time to conduct depositions; to complete all necessary discovery and to allow the parties adequate time to pursue settlement discussions, the May 19, 2006 Civil Case Management Plan is hereby amended as follows:

1. All depositions are to be completed by September 29, 2006;

2. All fact discovery to be completed no later than October 30, 2006;

3. Plaintiff's expert discovery concludes on November 15, 2006; and

4. Defendants' expert discovery concludes on December 15, 2006.

Dated: July 17, 2006

LATHAM & WATKINS LLP

[signature]

Heather L. Poran (admitted pro hac vice)
Anthony J. Staltari (AS 7970)
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: 973-639-1234
Fax: 973-639-7298
Attorneys for Defendants

LOMURRO, DAVISON, EASTMAN
& MUNOZ, PA

[signature]

James M. McGovern, Jr. (JM 7844)
Monmouth Executive Center
100 Willowbrook Road, Building 1
Freehold, New Jersey 07228
Tel.: 732-462-7170
Fax: 732-462-8955
Attorneys for Plaintiff

NA127034.1

07/17/2006 09:49 FAX 732 409 0292     LOMURRO DAVISON                              ☒003

SO ORDERED:: 27 July, 2006

_____
Honorable Victor Marrero, U.S.D.J.

NJ\127034.1