```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-06
```

MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORKUS ENTERPRISES, INC.,

                    Plaintiff,

    -v.-

GETTY OIL COMPANY, INC., TEXACO, INC.,
TEXACO REFINING AND MARKETING
COMPANY, INC., AND CHEVRON TEXACO
CORPORATION, ET AL.
                    Defendants.
------------------------------------------------------------x

Civ. No.: 05-cv-10207 (VM)

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED between the parties by the undersigned counsel that in order to allow additional time to conduct depositions; to complete all necessary discovery and to allow the parties adequate time to pursue settlement discussions, the May 19, 2006 Civil Case Management Plan is hereby amended as follows:

1. All depositions are to be completed by October 31, 2006;

2. All fact discovery to be completed no later than November 30, 2006;

3. Plaintiff's expert discovery concludes on December 15, 2006; and

4. Defendants' expert discovery concludes on January 15, 2007.

Dated: September 20, 2006

LATHAM & WATKINS LLP

_(signature)_

Heather L. Foran (*admitted pro hac vice*)
Anthony J. Staltari (AS 7970)
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: 973-639-1234
Fax: 973-639-7298
Attorneys for Defendants

NA127034.1

LOMURRO, DAVISON, EASTMAN
& MUÑOZ, PA

_(signature)_

James M. McGovern, Jr. (JMM 7844)
Monmouth Executive Center
100 Willowbrook Road, Building 1
Freehold, New Jersey 07228
Tel.: 732-462-7170
Fax: 732-462-8955
Attorneys for Plaintiff

SO ORDERED: 21 September 2006

_(signature)_
U.S.D.J. Victor Marrero