```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
NORKUS ENTERPRISES, INC.,         :
                                  :   05 Civ. 10207(VM)
                Plaintiff,        :
                                  :
    - against -                   :         ORDER
                                  :
GETTY OIL COMPANY, INC., et al.,  :
                                  :
                Defendants.       :
--------------------------------- X
```
**VICTOR MARRERO, United States District Judge.**

By Order dated April 3, 2007, the Court granted the request of the parties herein to place this action on the Court's Suspense Docket pending mediation proceedings. The Court directed plaintiff to submit a further status report within 60 days of that Order. A review of the Docket Sheet indicates that no response to the April 3, 2007 Order has been filed, and the Court has no record of any other correspondence in this regard. Accordingly, it is hereby

**ORDERED** that plaintiff advise the Court by July 26, 2007 concerning the current status of this action and indicate whether the case remains active or should be closed on the Court's docket.

**SO ORDERED.**

Dated:   New York, New York
         20 July 2007

                                     _____
                                              VICTOR MARRERO
                                                 U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-07
```