# LOMURRO, DAVISON, EASTMAN & MUÑOZ, P.A.
### ATTORNEYS AT LAW
MONMOUTH EXECUTIVE CENTER
100 WILLOWBROOK ROAD
BUILDING 1
FREEHOLD, NEW JERSEY 07728

(732) 462-7170
TELEFAX (732) 462-8955

E-Mail Address:
JMCGOVERN@LOMURROLAW.COM

Website:
WWW.LOMURROLAW.COM

JAMES M. MCGOVERN DIRECT DIAL NUMBER
732-410-2385

DONALD M. LOMURRO
DUANE O. DAVISON
EDWARD C. EASTMAN, JR.
ROBERT F. MUÑOZ
ROBERT L. HEUGLE, JR.
JAMES M. MCGOVERN, JR.
PETER H. LEDERMAN
BETTINA E. MUNSON
JAMES A. PAONE, II
THOMAS M. COMER
ROBERT S. BONNEY, JR.
ANDREA WHITE O'BRIEN

CERTIFIED BY THE SUPREME COURT OF N.J. AS A
* CIVIL TRIAL ATTORNEY
° CRIMINAL TRIAL ATTORNEY
+ MATRIMONIAL LAW ATTORNEY

COUNSEL
GARY F. MCLEAN
MICHAEL J. FASANO
SIMON L. KAUFMAN
ALTON D. KENNEY
PETER V. KOENIG
H. FRANK CARPENTIER

HEIDI K. HOFFMAN
TRACY A. ARMSTRONG
LOREN ROSENBERG LIGHTMAN
DANIEL M. SANTARSIERO
CARRIE A. LUMI

JAIME R. ACKERMAN
JONATHAN H. LOMURRO
ALLISON C. WILLIAMS
CHRISTINA D. HARDMAN
ANDREW T. McDONALD
MICHELE CRUPI
AMY L. MILLER
BLAKE R. LAURENCE

OF COUNSEL
JOSEPH M. CLAYTON, JR.
STEPHEN C. CARTON
MICHAEL D. SCHOTTLAND
JOHN KAYE

July 26, 2007

Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-30-07

Re: Norkus Enterprises, Inc. v. Getty Oil Company, Inc. et als.
    Docket No. 05-cv-10207 (VM)

Dear Judge Marrero:

This firm represents the plaintiff in the above-captioned matter. Since this case was mediated on March 26, 2007, three-quarters (3/4) of the remediation on the property has been completed. The parties reached a partial resolution of this matter with the assistance of Judge Katz and a Stipulation embodying that agreement has been prepared and forwarded to defense counsel for execution.

The agreement only addresses the first $110,000.00 of the recent remediation costs. The work performed on the property in June 2007 exceeds this amount and additional sums will be spent to complete the remediation efforts. The parties agreed at the March 26, 2007 mediation that if the costs exceeded $110,000.00 and the parties could not resolve the outstanding issues on their own, that they would request Judge Katz's assistance in resolving any remaining issues.

As the remediation efforts on the property are not yet complete, plaintiff requests that the Court continue to keep this case on the suspended list pending the completion of the remediation on the property and the final resolution of all issues involved in this case.

The Certified designation by the New Jersey Supreme Court is limited to attorneys who have demonstrated 1) substantial involvement in trial matters in Superior Court, 2) an unblemished reputation as attested to by judges and attorneys, and 3) substantial knowledge and continuing legal education shown by passing a special written examination on trial practice. Mr. Lomurro, Mr. Eastman, Mr. Heugle, Mr. Comer and Mr. Schottland are Certified Civil Trial Attorneys. Mr. Lomurro and Mr. Bonney are Certified Criminal Trial Attorneys. Ms. Munson and Ms. White O'Brien are Certified Matrimonial Law Attorneys.

Honorable Victor Marrero, U.S.D.J
July 26, 2007
Page 2

    By copy of this letter, I am informing the attorneys for the defendants of the request being made of the Court.

                            Respectfully submitted,

                            JAMES M. MCGOVERN, JR.

JMM/jra
cc: Theodore H. Katz, United States Magistrate Judge
    Heather Foran, Esq.
    Gerard Norkus

> Request GRANTED. This action shall continue on the Court's Suspense Docket pending resolution of the remediation issues described herein. Plaintiff is directed to provide a further report of the status of the action within 60 days of this Order.
>
> SO ORDERED:
> 7-27-07
> DATE      VICTOR MARRERO, U.S.D.J.