DONALD M. LOMURRO +)
DUANE O. DAVISON
EDWARD C. EASTMAN, JR +
ROBERT F. MUÑOZ
ROBERT L. HEUGLE, JR. +
JAMES M. McGOVERN, JR
PETER H. LEDERMAN
BETTINA E. MUNSON °
JAMES A. PAONE, II
THOMAS M. COMER +
ROBERT S. BONNEY, JR )
ANDREA WHITE O'BRIEN °
JOHN L. KRAFT+

CERTIFIED BY THE SUPREME COURT OF N.J. AS A:
+ CIVIL TRIAL ATTORNEY
) CRIMINAL TRIAL ATTORNEY
° MATRIMONIAL LAW ATTORNEY

+ FOUNDING FELLOW OF THE AMERICAN
  COLLEGE OF BOND COUNSEL

ATTORNEYS AT LAW
MONMOUTH EXECUTIVE CENTER
100 WILLOW BROOK ROAD
BUILDING 1
FREEHOLD, NEW JERSEY 07728

(732) 462-7170
TELEFAX (732) 462-8955

E-Mail Address:
JMCGOVERN@LOMURROLAW.COM

Website:
WWW.LOMURROLAW.COM

JAMES M. McGOVERN, JR. DIRECT DIAL

COUNSEL
GARY P. McLEAN
MICHAEL J. FASANO
SIMON L. KAUFMAN
ALTON D. KENNEY
PETER V. KOENIG
H. FRANK CARPENTIER

HEIDI K. HOFFMAN
TRACY A. ARMSTRONG
LOREN ROSENBERG LIGHTMAN
DANIEL M. SANTARSIERO+
CARRIE A. LUMI

JAIME R. ACKERMAN
JONATHAN H. LOMURRO
ALLISON C. WILLIAMS
CHRISTINA D. HARDMAN
ANDREW T. McDONALD
MICHELE CRUPI
AMY L. MILLER
BLAKE R. LAURENCE
PERIANGILLY BELTRÉ

OF COUNSEL
JOSEPH M. CLAYTON, JR.
STEPHEN C. CARTON
MICHAEL D. SCHOTTLAND +
JULES S. LITTMAN
JOHN KAYE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07

October 3, 2007

Theodore H. Katz, USMJ
US District Court
Southern District of New York
500 Pearl Street
New York, NJ 10007-1312

  Re: Norkus Enterprises, Inc. v. Getty Oil Company, Inc. et als.
    Docket No. 05-cv-10207 (VM)

Dear Judge Katz:

  As Your Honor is aware, this office represents the plaintiff, Norkus Enterprises, Inc., in the above captioned matter. Please allow this letter to serve as an update of the remediation efforts on the subject property.

  Norkus' environmental consultant is scheduled to return to the property to drill and install monitoring wells on Wednesday, October 10, 2007. As previously indicated, the consultant is hopeful that this monitoring will show that there is no further contamination of the property and that no additional remediation efforts are necessary.

  Pursuant to Your Honor's instructions, I contacted plaintiff's consultant immediately following the September 11, 2007 conference and requested that he contact Chevron's environmental consultant. This

The Certified designation by the New Jersey Supreme Court is limited to attorneys who have demonstrated 1) substantial involvement in trial matters in Superior Court, 2) an unblemished reputation as attested to by judges and attorneys, and 3) substantial knowledge and continuing legal education shown by passing a special written examination on trial practice. Mr. Lomurro, Mr. Eastman, Mr. Heugle, Mr. Comer, Mr. Schottland and Mr. Santarsiero are Certified Civil Trial Attorneys. Mr. Lomurro and Mr. Bonney are Certified Criminal Trial Attorneys. Ms. Munson and Ms. White O'Brien are Certified Matrimonial Law Attorneys.

letter will also serve to confirm that plaintiff's consultant has placed multiple telephone calls to defendant's consultant to discuss the status of the remediation efforts.

Respectfully submitted,

JAMES M. MCGOVERN, JR.

JMM/jra
cc: Heather Foran, Esq.
    Gerard Norkus

*The parties are to update the Court on the status of the remediation efforts & the resolution of this action by November 2, 2007.*

**SO ORDERED**

10/12/07

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE