```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NORKUS ENTERPRISES, INC.,               :
                                        :   05 Civ. 10207(VM)
                    Plaintiff,          :
                                        :
       - against -                      :   ORDER
                                        :
GETTY OIL COMPANY, INC., et al.,        :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since October 12, 2007. At that time Magistrate Judge Katz directed the parties to update the Court by November 12, 2007 on the status of the remediation efforts undertaken by defendants herein. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by December 18, 2007 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-07

SO ORDERED.

Dated:   NEW YORK, NEW YORK
         13 December 2007

                                    _____
                                         VICTOR MARRERO
                                             U.S.D.J.