USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NORKUS ENTERPRISES, INC.,           :
                                    :      05 Civ. 10207(VM)
                    Plaintiff,      :
                                    :
     - against -                    :      ORDER
                                    :
GETTY OIL COMPANY, INC., et al.,    :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By Order dated December 13, 2007, having noted that no correspondence with the Court or other proceedings had been recorded in this action since the memo-endorsed order by Magistrate Judge Katz on October 12, 2007 directed the parties to update the Court by November 2, 2007 concerning the resolution of this action, the Court directed that by December 18, 2007, plaintiff herein clarify the status of this action and indicate whether any further litigation with respect to the action is contemplated. The Court indicated that in the event no timely response had been made to that Order by the date indicated the Court may direct that the action be dismissed and the case closed. A review of the Docket Sheet for the matter indicates that no response to the Court's December 13, 2007 Order has been submitted. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein without prejudice and to close this case, provided that within ten (10) days of the date of this Order plaintiff, for

good cause shown, may request reinstatement of the action to the Court's active docket. In the event no such timely request is made the case shall be deemed dismissed with prejudice.

**SO ORDERED.**

Dated:   New York, New York
         20 December 2007

_____
VICTOR MARRERO
U.S.D.J.